United States District Court
Southern District of Texas
**ENTERED**
April 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GWENDOLYN ASHLEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-20-2839 |
| | § | |
| CENTRE FOR NEURO SKILLS, INC. - TEXAS, | § | |
| A DOMESTIC FOR-PROFIT CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |

### ORDER OF DISMISSAL

It is ORDERED that the Plaintiff's Notice of Voluntary Dismissal with Prejudice Docket no. 13) is GRANTED.

It is further ORDERED that this case is DISMISSED with prejudice.

Each party will bear its own costs.

Signed at Houston, Texas on April 16, 2021.

_____
Gray H. Miller
United States District Judge